494 A.2d 853

**In re BABY GIRL D., a Minor, Baby Girl E., a Minor, Baby Girl B.A., a Minor, Baby Boy S., a Minor, Baby Girl S., a Minor, and Baby Girl J.M.M., a Minor, Petitioners.**

Supreme Court of Pennsylvania.

April 16, 1985.

Petition granted, No. 25 W.D. Appeal Docket 1985.